UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
U.S. UNDERWRITERS INSURANCE COMPANY,

                                         Plaintiff,      Doc. No.:

     - against –                              **RULE 7.1 STATEMENT**

MALDONADO CONSTRUCTION CORP., PERSPECTIVE
CONSTRUCTION CORP., MATTHEW BAIRD, ELIZABETH
BAIRD, CHUBB INSURANCE COMPANY, MERRIMACK
MUTUAL FIRE INSURANCE COMPANY a/s/o READE
STREET TENANTS CORP., READE STREET TENANTS
CORP.

                                         Defendants.
-----------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff U.S. UNDERWRITERS INSURANCE COMPANY, private non-governmental party (ies), certify that the corporate parent(s), affiliates and/or subsidiaries of said party, which are publicly held, are: Berkshire Hathaway, United States Liability Insurance Company, and Mount Vernon Fire Insurance Company.

DATED:    Mineola, New York
                November 22, 2016

                                          MIRANDA SAMBURSKY
                                          SLONE SKLARIN VERVENIOTIS LLP

                                          Steven Verveniotis (SV 8800)
                                          Attorneys for Plaintiff
                                          U.S. UNDERWRITERS INSURANCE COMPANY
                                          240 Mineola Boulevard
                                          Mineola, New York 11501
                                          (516) 741-7676
                                          Our File No.: 16-082