```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. UNDERWRITERS INSURANCE COMPANY,

                       Plaintiff,

- against –

MALDONADO CONSTRUCTION CORP., PERSPECTIVE CONSTRUCTION CORP., MATTHEW BAIRD, ELIZABETH BAIRD, CHUBB INSURANCE COMPANY, MERRIMACK MUTUAL FIRE INSURANCE COMPANY a/s/o READE STREET TENANTS CORP., READE STREET TENANTS CORP.,

                       Defendants.

---

Case No.: 16-cv-9098-VM
CIVIL ACTION

*Submitted via Fax*

Plaintiff, U.S. Underwriters Insurance Company ("Plaintiff"), and Defendants, Matthew Baird and Elizabeth Baird (the "Defendants"), stipulate and jointly move the Court pursuant to Individual Rule and Procedure 1(F), for an order extending the Defendants' time to answer, move or otherwise respond to the Amended Complaint (ECF Doc. No. 78) until and including February 28, 2018. No previous extensions of time have been sought or granted for the parties with respect to the Amended Complaint. Defendants' counsel requested that Plaintiff's counsel stipulate to the extension and Plaintiff's counsel amicably agreed to so stipulate.

DATED: February 27, 2018

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP |
| BY: _____<br>MARK R. VESPOLE<br>*Attorney for Defendants*<br>*Matthew and Elizabeth Baird*<br>200 Campus Drive | BY: _____<br>DAVID CASSIDY (AMC 4/174)<br>*Attorney for Plaintiff*<br>240 Mineola Boulevard<br>Mineola, New York 11501 |

1

2461173v.1

Florham Park, New Jersey 07932  
973-624-0800  
Mark.Vespole@wilsonelser.com

516-741-7676  
DCassidy@MSSSV.com

SO ORDERED:

_____  
THE HON. VICTOR MARRERO, U.S.D.J.

DATED: 3 March 2018

2