UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>- against –<br><br>MALDONADO CONSTRUCTION CORP., PERSPECTIVE CONSTRUCTION CORP., MATTHEW BAIRD, ELIZABETH BAIRD, CHUBB INSURANCE COMPANY, MERRIMACK MUTUAL FIRE INSURANCE COMPANY a/s/o READE STREET TENANTS CORP., READE STREET TENANTS CORP., STATE FARM FIRE AND CASUALTY COMPANY a/s/o JAMES FORMAN and CORBY BAUMAN, JAMES FORMAN, CORBY BAUMAN, USAA CASUALTY INSURANCE COMPANY a/s/o CHRISTINA ALLEN, CHRISTINA ALLEN, LIBERTY MUTUAL FIRE INSURANCE COMPANY a/s/o R.C. UNGER, R.C. UNGER, MATTHEW BAIRD ARCHITECTS, P.L.L.C. and SEVERUD ASSOCIATES CONSULTING ENGINEERS, P.C.<br><br>　　　　　　　　Defendants.<br><br>CHUBB INSURANCE COMPANY,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>- against –<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Third-Party Defendant. | Case No.: 16-cv-9098-VM<br><br>CIVIL ACTION<br><br>**ANSWER TO ALL CROSS-CLAIMS AND AFFIRMATIVE DEFENSES**<br><br>*Filed Electronically* |

　　　The Defendants, Matthew Baird and Elizabeth Baird ("the "Bairds"), by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, by way of answer to any and all Cross-Claims, say as follows:

2477149v.1

## ANSWER TO ALL CROSS CLAIMS

1. The Bairds deny each and every allegation of each and every Cross-Claim and further denies liability in any way to any Co-Defendant named herein.

## AFFIRMATIVE DEFENSES

1. The Bairds hereby incorporate by way of reference and assert each and every separate affirmative defense which appears in the Bairds' Answer to the Plaintiff's Amended Complaint, as a separate defense to each and every Cross-Claim denied herein.

**WHEREFORE**, the Bairds respectfully request that judgment be entered in this action as follows:

   a. Dismissing the Amended Complaint against the Bairds with prejudice in its entirety;

   b. Dismissing each and every Cross-Claim against the Bairds with prejudice in their entirety;

   c. Awarding costs of suit incurred herein, including such reasonable attorneys' fees as may be allowed by law; and

   d. Granting such other and further relief as this court deems just and proper.

Respectfully submitted,

Dated: March 8, 2018
Florham Park, New Jersey

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By:  *s/Mark R. Vespole*
MARK R. VESPOLE
*Attorney for Defendants*
*Matthew and Elizabeth Baird*
200 Campus Drive
Florham Park, New Jersey 07932
973-624-0800
Mark.Vespole@wilsonelser.com

2

2477149v.1