UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :

U.S. UNDERWRITERS INSURANCE COMPANY,   :
                                              :   Case No.: 16-cv-9098-VM
                         Plaintiff,    :   Civil Action

                    -against-                   :   **RULE 7.1 STATEMENT**
                                              :

MALDONADO CONSTRUCTION CORP.,
PERSPECTIVE CONSTRUCTION CORP.,
MATTHEW BAIRD, ELIZABETH BAIRD, CHUBB
INSURANCE COMPANY, MERRIMACK
MUTUAL FIRE INSURANCE COMPANY a/s/o
READE STREET TENANTS CORP., STATE FARM
FIRE AND CASULTY COMPANY a/s/o JAMES
FORMAN, CORBY BAUMAN, USAA CASUALTY
INSURANCE COMPANY a/s/o CHRISTINA
ALLEN, CHRISTINA ALLEN, LIBERTY MUTUAL
FIRE INSURANCE COMPANY a/s/o R.C. UNGER,
R.C. UNGER, MATTHEW BAIRD ARCHITECTS,
P.L.L.C. and SEVERUD ASSOCIATES
CONSULTING ENGINEERS, P.C.,

                                  Defendants.

------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Matthew Baird Architect, PLLC, a private, non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                                                  NONE

Dated: May 7, 2018
      New York, New York

**WASSERMAN GRUBIN & ROGERS, LLP**

By:_____
    Michael T. Rogers (MR-8813)
    James Tai (JT-0421)
1700 Broadway, 42nd Floor
New York, New York 10019
(212) 581-3320
*Attorneys for Defendant Matthew Baird Architect, PLLC.*